O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV10-3369-AHM (PLAx) | Date | December 13, 2010 |
|---|---|---|---|
| Title | TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN  v. DOV VAKNIN | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Matthew T. Bechtel | No Appearance |

**Proceedings:**   PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT DOV VAKNIN [8] (non-evidentiary)

Cause called; appearances made.  No appearance by defendant.

For reasons stated on the record, the Court grants the motion for default judgment. Judgment to issue.

|  | : | 01 |
|---|---|---|
| Initials of Preparer | | SMO |