JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DOV VAKNIN, an individual doing business as "WHITE DOVE ELECTRICAL SERVICE," <br><br> Defendant. | CASE NO.:  CV 10-03369 AHM (PLAx) <br><br> ASSIGNED TO THE HONORABLE JUDGE A. HOWARD MATZ <br><br> **JUDGMENT** |

Plaintiffs' motion for default judgment came on regularly for hearing on November 29, 2010, in the above-referenced Court, the Honorable A. Howard Matz, United States District Judge, presiding.  Appearances were stated on the record. After full consideration of the evidence and the authorities submitted by counsel, as well as counsel's oral argument, if any:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the National Electrical Benefit Fund, Trustees of the Southern California IBEW-NECA Labor-

1  Management Cooperation Committee, Trustees of the National IBEW-NECA Labor-
2  Management Cooperation Committee, Los Angeles Electrical Workers Credit Union,
3  and Contract Compliance Fund shall recover from Dov Vaknin, an individual doing
4  business as "White Dove Electrical Service," the principal amount of $39,736.31
5  (consisting of unpaid fringe benefit contributions of $32,353.25, prejudgment interest of
6  $1,270.43, and liquidated damages of $6,112.63), together with attorneys' fees of
7  $17,119.00, and costs of $1,397.30, plus post-judgment interest as provided by law from
8  the date of entry of judgment herein until the date the judgment is paid in full.

Dated: December 13, 2010

_____
UNITED STATES DISTRICT JUDGE

JS-6

Presented by:

Dated: November 12, 2010      **LAQUER URBAN CLIFFORD & HODGE LLP**

By: /s/ Matthew T. Bechtel
    Matthew T. Bechtel
Attorney for Plaintiffs, Trustees of the Southern
California IBEW-NECA Pension Plan, et al.