1 **LAQUER, URBAN, CLIFFORD & HODGE LLP**
Susan Graham Lovelace, State Bar No. 160913
2     Email: *Lovelace*@luch.com
Michael Y. Jung, State Bar No. 245260
3     Email: Jung@luch.com
225 South Lake Avenue, Suite 200
4 Pasadena, California 91101-3030
Telephone: (626) 449-1882
5 Facsimile: (626) 449-1958

6 Attorneys for Plaintiffs, Trustees of the Southern California
IBEW-NECA Pension Plan, et al.
7

8 | **UNITED STATES DISTRICT COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL IBEW-NECA LABOR-MANAGEMENT COMMITTEE, CONTRACT COMPLIANCE FUND, and LOS ANGELES ELECTRICAL WORKERS CREDIT UNION,<br><br>    Plaintiffs,<br><br>    v.<br><br>DOV VAKNIN, an individual doing business as "WHITE DOVE ELECTRICAL SERVICE,"<br><br>    Defendant. | CASE NO: 2:10-cv-03369-AHM-PLA<br><br>**AMENDED RENEWAL OF JUDGMENT BY CLERK**<br><br>[Cal. Code Civ. Proc. §§ 683.110-683.220; Fed. R. Civ. Proc. Rule 69]<br><br>[NO HEARING REQUIRED] |

Judgment was entered on December 13, 2010, in the amount of $58,252.61, plus post-judgment interest as provided by law, in favor of Plaintiffs/Judgment Creditors, Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the National Electrical Benefit Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National IBEW-NECA Labor-Management Committee, Contract Compliance Fund, and Los Angeles Electrical Workers Credit Union (collectively, "Judgment Creditors"), and against Defendant/Judgment Debtor, Dov Vaknin, an individual doing business as "White Dove Electrical Service."

An Abstract of Judgment was recorded in Los Angeles County as Instrument Number 20110052980 on January 10, 2011.

**NOW**, upon application for renewal of judgment by Judgment Creditors, and upon declaration showing that Judgment Debtor has failed to satisfy the total amount of said judgment and is indebted to Judgment Creditors,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment against Dov Vaknin, an individual doing business as "White Dove Electrical Service" be renewed in the amount of $25,341.91, as follows:

| | | | |
|---|---|---|---|
| a. | Judgment | | $58,252.61 |
| b. | Costs after Judgment | | $ 0.00 |
| c. | Interest after judgment computed from 12/13/2010 through 07/30/2020 at 0.29% | | $ 697.33 |
| d. | Less Credits | | $33,608.03 |
| e. | Total Renewed Judgment | | $25,341.91 |

Dated: August 13, 2020

*Sharon Hall Bynum*
CLERK OF THE COURT

KIRY K. GRAY, CLERK OF COURT

2
**AMENDED RENEWAL OF JUDGMENT BY CLERK**

1478007